# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL CANE AND JOHN CANE

VERSUS

CHARLES O'BRIEN, III AND
UNITED SERVICES AUTOMOBILE
ASSOCIATION

NO.   2025 CW 0952

DECEMBER 30, 2025

---

In Re:   Michael Cane and John Cane, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 679294.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

   **WRIT DENIED.** The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT